# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| ALEXANDER BASKERVILLE, III,<br>    Plaintiff,<br><br>v.<br><br>TREATMENT TEAM, et al,<br>    Defendant(s). | Civil Action No. 7:16-cv-00232<br><br>**MEMORANDUM OPINION**<br><br>By:    Norman K. Moon<br>United States District Judge |

Alexander Baskerville, III, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered May 19, 2016, the Court directed plaintiff to submit within 10 days from the date of the Order return to the Court an inmate account form, and a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period. On June 1, 2016 plaintiff submitted an incomplete inmate account form. By Order entered June 3, 2015 plaintiff was given one last opportunity to cure the deficiencies by submitting the required information within ten days. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the Court dismisses the action without prejudice and strikes the case from the active docket of the Court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This \_\_\_22nd\_\_\_ day of June, 2016.

*Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE